IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 08-cv-01826-BNB

JUAN CANDELARIA,
Applicant,

v.

MICHAEL ARELLANO (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
Respondents.

ORDER DISMISSING CASE

Applicant Juan Candelaria is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Candelaria initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2008, he filed an amended application for a writ of habeas corpus on the proper form. On September 23 2008, Magistrate Judge Boyd N. Boland entered an order directing Mr. Candelaria to file a second amended habeas corpus application in which he clarifies the claims he is asserting in this action. On October 10, 2008, Mr. Candelaria filed a "Motion to Withdraw 28 U.S.C. § 2254 Application Without Prejudice."

The Court must construe the motion liberally because Mr. Candelaria is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Candelaria "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Withdraw 28 U.S.C. § 2254 Application Without Prejudice" filed on October 10, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 10, 2008, the date the notice was filed in this action.

DATED at Denver, Colorado, this 20 day of _____Oct._____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01826-BNB

Juan Candelaria
Prisoner No. 111071
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/21/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk